JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESTUARDO MAQUIZ MACDONALD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH,<br><br>　　　　Respondent. | ) CASE NO. ED CV 11-970-JAK (PJW)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　On December 27, 2018, the Ninth Circuit Court of Appeals issued its mandate, remanding the action to this court with instructions to grant the writ of habeas corpus.

　　Consistent with that mandate, it is hereby adjudged and decreed that the Petition is granted. The matter is remanded

to the Superior Court of Riverside County for re-sentencing in Case No. RIF097618 within 30 days of the date of this judgment.

DATED: February 14, 2019.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-State Habeas\MACDONALD, F 970\Remand Judgment.wpd